In the Matter of the Application of EDWARD T. WALTER, Petitioner, Appellant, against ALFRED RHEINSTEIN, as Commissioner of the Department of Housing and Buildings of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, Plaintiff, Respondent, v. MORRIS ROSENTOVER, Defendant, Appellant, UNITED STATES TRUST COMPANY OF NEW YORK and LEWIS M. WHITE, as Executors, etc., of MORRIS MARKOWITZ, Deceased, Defendants, Respondents.— Judgment and order, so far as appealed from, unanimously affirmed, with costs to the plaintiff-respondent against the appellant. No opinion. Present — Martin, P. J., O'Malley, Glennon and Dore, JJ.

MORRIS L. COHEN, Plaintiff, Respondent, v. RESERVOIR APARTMENTS, INC., Defendant, Respondent, THE PEOPLE OF THE STATE OF NEW YORK, Defendant, and 296 REALTY CORPORATION, Defendant, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

AMERICAN NATIONAL BANK OF NASHVILLE, Respondent, v. JOHN J. VERTREES, JR., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. MILTON M. GETTINGER, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

OTTO ROLAND, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

HANS MARKUS KUNSTADT, Respondent, Appellant, v. ASSICURAZIONI GENERALI, Appellant, Respondent.— Orders unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Petition for the Revocation of the Ancillary Letters Testamentary Heretofore Issued to and the Removal of JOHANNA S. SCHIMMEL, as Ancillary Coexecutor of the Last Will and Testament of ROSE M. ROEBEN, Deceased. JOHANNA S. SCHIMMEL, Appellant; S. WILLIAM FREEDMAN, Petitioner, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [171 Misc. 548.]

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK and GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate UNION GUARANTEE AND MORTGAGE COMPANY. In the Matter of the Plan for Readjustment, Modification or Reorganization of the Rights of All the Holders of Mortgage Investments Represented by Series 2290 Mortgage Participation Certificates Guaranteed by Union Guarantee and Mortgage Company and Secured by Mortgage Covering Premises 165 Bennett Avenue, Manhattan, New York City. THE NEW YORK TRUST COMPANY, Petitioner, Respondent; LOUIS H. PINK, Superintendent of Insurance, as Successor to THE MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent; UNITED EQUITIES, INC., and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of Union Guarantee and Mortgage Company, Appellants.— Order unanimously

affirmed, with costs and disbursements to the respondent, The New York Trust Company, against the appellant United Equities, Inc. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JOHN D. SCHOONMAKER, JR., and Others, Respondents, v. ELIZABETH N. FAGAN, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse the judgment and order granting plaintiff's motion for summary judgment and to deny said motion, and to affirm the order denying defendant's cross-motion for summary judgment, on the authority of *American Surety Co.* v. *Palmer* (240 N. Y. 63).

FRED S. RADNITZ, Appellant, v. ELECTRIC POWER & LIGHT CORPORATION, Respondent.— The record presents an issue of fact which cannot be determined on a motion for summary judgment concerning the meaning to be attributed to the option warrants. Judgment reversed, without costs, and the order, to the extent that it denies the plaintiff's motion for summary judgment, affirmed and, to the extent that it grants the defendant's cross-motion for summary judgment dismissing the complaint, reversed and the cross-motion denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Glennon and Dore, JJ., dissent and vote to affirm.

## (May 17, 1940.)

ISIDOR I. MILLER, Respondent, v. SHIRLEY FELLENSTEIN and CILLIE MILLER, Also Known as CELIA MILLER, Appellants, Impleaded with Others, Defendants.

PER CURIAM. The evidence establishes that the plaintiff was not incapacitated by any illness when he executed the assignment of the policy in the Metropolitan Life Insurance Company in July, 1933. We are of opinion that so much of the judgment as declares that assignment to have been procured by fraud is against the weight of the credible evidence.

The judgment should be modified by striking out so much as declares invalid the assignment of the policy in the Metropolitan Life Insurance Company, and as so modified affirmed, without costs.

Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Judgment unanimously modified by striking out so much thereof as declares invalid the assignment of the policy in the Metropolitan Life Insurance Company, and as so modified affirmed, without costs. Settle order on notice, reversing findings inconsistent with this determination, and containing such new findings of fact proved upon the trial as are necessary to sustain the judgment hereby awarded.